# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Crim. No. 20-252** |
| : | |
| **RAYAN VANDERHOOF** : | |
| : | |

## ORDER

**AND NOW**, this 27th day of September, 2021, it is hereby **ORDERED** that at tomorrow's sentencing hearing, the Parties should be prepared to address whether Defendant is entitled to a three point reduction in Guidelines offense level computation, given the statement she made in her letter to the court: "I understand I made mistakes and inadvertently committed or caused violations of relevant law."

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
Paul S. Diamond, J.